# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BUTLER, RANDOLPH § Case No. 13-28565 DRC
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/17/2013 . The undersigned trustee was appointed on 04/16/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      13,243.91

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 2,964.58 |
| Bank service fees | 239.44 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 10,039.89 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 01/23/2014 and the deadline for filing governmental claims was 01/23/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,074.39 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,074.39 , for a total compensation of $ 2,074.39 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 7.76 , for total expenses of $ 7.76 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/27/2016     By: /s/GINA B. KROL
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-28565 DRC Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BUTLER, RANDOLPH | Date Filed (f) or Converted (c): | 07/17/13 (f) |
| | | 341(a) Meeting Date: | 08/13/13 |
| For Period Ending: | 05/26/16 | Claims Bar Date: | 01/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account Bank of America | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. T.V., Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Normal Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 4. 3 Shotguns, Set of golf clubs | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Whole Life Insurance Policy Melissa & John Butler | 20,000.00 | 13,243.91 | | 13,243.91 | FA |
| Exemption eliminated per September 20, 2013 order. | | | | | |
| 6. 401(k) | 90,000.00 | 0.00 | | 0.00 | FA |
| 7. Tax Refund Expected | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. 2011 Nissan Pathfinder Nissan Motor Acceptance | 17,950.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)  $132,750.00   $13,243.91   $13,243.91

Gross Value of Remaining Assets  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is working up TFR

October 08, 2015, 10:22 am

Successor Trustee to review claims and prepare TFR

October 13, 2014, 04:18 pm

Investigation into possible asset regarding life insurance still being conducted.

Hearing on Adversary Complaint to revoke debtor's discharge scheduled for March 28, 2014.

Payment of cash value of debtor's Mass Mutual Life Insurance Policy received and deposited.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 13-28565   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | BUTLER, RANDOLPH | Date Filed (f) or Converted (c): | 07/17/13 (f) |
| | | 341(a) Meeting Date: | 08/13/13 |
| | | Claims Bar Date: | 01/23/14 |

Adversary case 14A 0089 dismissed.

Advised by accountant that there is no estate tax return needed.  Hearing on Employment of Attorney 4/25/14.

Initial Projected Date of Final Report (TFR): 06/01/15     Current Projected Date of Final Report (TFR): 02/28/16

/s/    GINA B. KROL
_____    Date: 05/27/16
       GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-28565 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BUTLER, RANDOLPH | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******6501 Checking Account |
| Taxpayer ID No: | *******6541 | | |
| For Period Ending: | 05/26/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/10/14 | 5 | Bank of America | Payment for cash value of debtor's Mass Mutual Life Insurance Policy | 1129-000 | 13,243.91 | | 13,243.91 |
| 03/31/14 | | Green Bank | Bank Service Fee | 2600-000 | | 14.47 | 13,229.44 |
| 04/02/14 | 003001 | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Blanket bond #016026455 2/01/14 to 2/10/15<br>    2300-000    $-10.98 | 2300-000 | | 10.98 | 13,218.46 |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 15.82 | 13,202.64 |
| 05/05/14 | | Transfer to Acct #*******0865 | Bank Funds Transfer | 9999-000 | | 13,202.64 | 0.00 |

| | Account *******6501 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | Deposits | | 13,243.91 | 1 | Checks | 10.98 |
| 0 | Interest Postings | | 0.00 | 2 | Adjustments Out | 30.29 |
| | | Subtotal | $ 13,243.91 | 1 | Transfers Out | 13,202.64 |
| 0 | Adjustments In | | 0.00 | | Total | $ 13,243.91 |
| 0 | Transfers In | | 0.00 | | | |
| | | Total | $ 13,243.91 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 19.06a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 13-28565 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | BUTLER, RANDOLPH | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0865 Checking Account |
| Taxpayer ID No: | *******6541 | | | |
| For Period Ending: | 05/26/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/14 | | Transfer from Acct #*******6501 | Bank Funds Transfer | 9999-000 | 13,202.64 | | 13,202.64 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 13,192.64 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.61 | 13,173.03 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.95 | 13,154.08 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.56 | 13,134.52 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.53 | 13,114.99 |
| 09/22/14 | 030001 | InnovaLaw PC<br>15020 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462 | Attorney's Fees Per Court Order | 3210-000 | | 2,890.00 | 10,224.99 |
| 09/22/14 | 030002 | InnovaLaw PC<br>15020 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462 | Attorney's Expenses Per Court Order | 3220-000 | | 52.18 | 10,172.81 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.73 | 10,154.08 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.10 | 10,138.98 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.59 | 10,124.39 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.05 | 10,109.34 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.03 | 10,094.31 |
| 02/10/15 | 030003 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 5.77 | 10,088.54 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.55 | 10,074.99 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.98 | 10,060.01 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.47 | 10,045.54 |
| 02/18/16 | 030004 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Acct #10BSBGR6291 | 2300-000 | | 5.65 | 10,039.89 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 19.06a

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-28565 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BUTLER, RANDOLPH | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0865 Checking Account |
| Taxpayer ID No: | *******6541 | | |
| For Period Ending: | 05/26/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Account *******0865 | Balance Forward | 0.00 | | |
| | 0 Deposits | 0.00 | 4 Checks | 2,953.60 |
| | 0 Interest Postings | 0.00 | 13 Adjustments Out | 209.15 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | |
| | | | Total | $ 3,162.75 |
| | 0 Adjustments In | 0.00 | | |
| | 1 Transfers In | 13,202.64 | | |
| | Total | $ 13,202.64 | | |

| | | | | |
|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | |
| | 1 Deposits | 13,243.91 | 5 Checks | 2,964.58 |
| | 0 Interest Postings | 0.00 | 15 Adjustments Out | 239.44 |
| | | | 1 Transfers Out | 13,202.64 |
| | Subtotal | $ 13,243.91 | | |
| | | | Total | $ 16,406.66 |
| | 0 Adjustments In | 0.00 | | |
| | 1 Transfers In | 13,202.64 | | |
| | Total | $ 26,446.55 | Net Total Balance | $ 10,039.89 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 05/27/16
GINA B. KROL

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: May 27, 2016 |

Case Number: 13-28565
Debtor Name: BUTLER, RANDOLPH

Priority Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Administrative | | $0.00 | $1,074.39 | $1,074.39 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,007.76 | $1,007.76 |
| 001<br>2700-00 | CLERK OF THE US BANKRUPTCY COURT<br>219 S Dearborn<br>Chicago, IL  60604 | Administrative | | $0.00 | $293.00 | $293.00 |
| 001<br>3110-00 | InnovaLaw, PC<br>1900 Ravinia Place Orland Park, IL 60462 | Administrative | | $0.00 | $2,942.18 | $2,942.18 |
| 1<br>610<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  430543025 | Unsecured | | $0.00 | $8,133.82 | $8,133.82 |
| 2<br>610<br>7100-00 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA  980830788 | Unsecured | (2-1) Unsecured Debt | $0.00 | $12,415.75 | $12,415.75 |
| 3<br>610<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  193550701 | Unsecured | (3-1) CREDIT CARD DEBT | $0.00 | $1,944.15 | $1,944.15 |
| 4<br>610<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY  100879262 | Unsecured | (4-1) CREDIT CARD DEBT | $0.00 | $17,108.71 | $17,108.71 |
| 5<br>610<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY  100879262 | Unsecured | (5-1) CREDIT CARD DEBT | $0.00 | $3,697.70 | $3,697.70 |
| 6<br>610<br>7100-00 | Jefferson Capital Systems LLC<br>Purchased From Aspire Visa<br>Po Box 7999<br>Saint Cloud, MN  563029617 | Unsecured | | $0.00 | $1,382.27 | $1,382.27 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | Administrative | | $0.00 | $5.77 | $5.77 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: May 27, 2016

Case Number: 13-28565
Debtor Name: BUTLER, RANDOLPH

Priority Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND 999 2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $0.00 | $5.65 | $5.65 |
| | Case Totals: | | | $0.00 | $50,011.15 | $50,011.15 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-28565 DRC
Case Name: BUTLER, RANDOLPH
Trustee Name: GINA B. KROL

Balance on hand $ 10,039.89

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 2,074.39 | $ 0.00 | $ 2,074.39 |
| Trustee Expenses: GINA B. KROL | $ 7.76 | $ 0.00 | $ 7.76 |
| Attorney for Trustee Fees: InnovaLaw, PC | $ 2,890.00 | $ 2,890.00 | $ 0.00 |
| Attorney for Trustee Expenses: InnovaLaw, PC | $ 52.18 | $ 52.18 | $ 0.00 |
| Charges: CLERK OF THE US BANKRUPTCY COURT | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: Adams Levine Surety Bond Agency | $ 5.77 | $ 5.77 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 5.65 | $ 5.65 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        2,375.15

Remaining Balance        $        7,664.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,682.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 430543025 | $ 8,133.82 | $ 0.00 | $ 1,395.26 |
| 2 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 980830788 | $ 12,415.75 | $ 0.00 | $ 2,129.78 |
| 3 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701 | $ 1,944.15 | $ 0.00 | $ 333.50 |
| 4 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 100879262 | $ 17,108.71 | $ 0.00 | $ 2,934.80 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY  100879262 | $ 3,697.70 | $ 0.00 | $ 634.29 |
| 6 | Jefferson Capital Systems LLC Purchased From Aspire Visa Po Box 7999 Saint Cloud, MN 563029617 | $ 1,382.27 | $ 0.00 | $ 237.11 |
| | Total to be paid to timely general unsecured creditors | | | $ 7,664.74 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE