# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BUTLER, RANDOLPH | § | Case No. 13-28565 DRC |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 15,550.00
*(Without deducting any secured claims)*

Assets Exempt: 97,200.00

Total Distributions to Claimants: 7,664.74

Claims Discharged
Without Payment: 95,138.66

Total Expenses of Administration: 5,579.17

3) Total gross receipts of $ 13,243.91  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 13,243.91  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 34,531.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,521.35 | 8,521.35 | 5,579.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 101,015.00 | 44,682.40 | 44,682.40 | 7,664.74 |
| **TOTAL DISBURSEMENTS** | $ 135,546.00 | $ 53,203.75 | $ 53,203.75 | $ 13,243.91 |

4)  This case was originally filed under chapter 7 on  07/17/2013 .  The case was pending for 38 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/26/2016                    By:/s/GINA B. KROL
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Whole Life Insurance Policy Melissa & John Butler | 1129-000 | 13,243.91 |
| **TOTAL GROSS RECEIPTS** | | **$ 13,243.91** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nissan Motors NMAC Bankruptcy Dept. PO Box 660366 Dallas, TX 75266 | | 34,531.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 34,531.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | 2100-000 | NA | 1,074.39 | 1,074.39 | 1,074.39 |
| GINA B. KROL | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| GINA B. KROL | 2200-000 | NA | 7.76 | 7.76 | 7.76 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 5.77 | 5.77 | 5.77 |
| ADAMS-LEVINE | 2300-000 | NA | 5.65 | 5.65 | 5.65 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 10.98 | 10.98 | 10.98 |
| ASSOCIATED BANK | 2600-000 | NA | 209.15 | 209.15 | 209.15 |
| Green Bank | 2600-000 | NA | 30.29 | 30.29 | 30.29 |
| CLERK OF THE US BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| INNOVALAW, PC | 3110-000 | NA | 2,890.00 | 2,890.00 | 0.00 |
| INNOVALAW, PC | 3120-000 | NA | 52.18 | 52.18 | 0.00 |
| INNOVALAW PC | 3210-000 | NA | 2,890.00 | 2,890.00 | 2,890.00 |
| INNOVALAW PC | 3220-000 | NA | 52.18 | 52.18 | 52.18 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,521.35 | $ 8,521.35 | $ 5,579.17 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Bankruptcy Department 4161 Piedmont Parkway Greensboro, NC 27420 | | 23,061.00 | NA | NA | 0.00 |
| | Bank of America Bankruptcy Department 4161 Piedmont Parkway Greensboro, NC 27420 | | 10,652.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Direct Merchants Bank PO Box 550680 Jacksonville, FL 32255-4150 | | 6,414.00 | NA | NA | 0.00 |
| | GE Capital Retail Bank/Sam's Club PO Box 965004 Orlando, FL 32896 | | 4,799.00 | NA | NA | 0.00 |
| | JCPenney Bankruptcy Department PO Box 103104 El Paso, TX 79998-1131 | | 100.00 | NA | NA | 0.00 |
| | PNC Bank PO Box 5570 Cleveland, OH 44101-0570 | | 9,859.00 | NA | NA | 0.00 |
| | Sears/Citi Attn: Bankruptcy Department PO Box 6241 Sioux Falls, SD 57717 | | 3,236.00 | NA | NA | 0.00 |
| 3 | CAPITAL ONE, N.A. | 7100-000 | 1,609.00 | 1,944.15 | 1,944.15 | 333.50 |
| 1 | DISCOVER BANK | 7100-000 | 8,134.00 | 8,133.82 | 8,133.82 | 1,395.26 |
| 4 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 17,109.00 | 17,108.71 | 17,108.71 | 2,934.80 |
| 5 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 3,500.00 | 3,697.70 | 3,697.70 | 634.29 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | 1,382.00 | 1,382.27 | 1,382.27 | 237.11 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 11,160.00 | 12,415.75 | 12,415.75 | 2,129.78 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 101,015.00 | $ 44,682.40 | $ 44,682.40 | $ 7,664.74 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 13-28565 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | BUTLER, RANDOLPH | | |

For Period Ending:  08/26/16

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 07/17/13 (f) |
| 341(a) Meeting Date: | 08/13/13 |
| Claims Bar Date: | 01/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account Bank of America | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. T.V., Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Normal Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 4. 3 Shotguns, Set of golf clubs | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Whole Life Insurance Policy Melissa & John Butler | 20,000.00 | 13,243.91 | | 13,243.91 | FA |
| Exemption eliminated per September 20, 2013 order. | | | | | |
| 6. 401(k) | 90,000.00 | 0.00 | | 0.00 | FA |
| 7. Tax Refund Expected | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. 2011 Nissan Pathfinder Nissan Motor Acceptance | 17,950.00 | 0.00 | | 0.00 | FA |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $132,750.00 | $13,243.91 | | $13,243.91 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Tee sent TFR to US Tee for review May 27, 2016, 10:27 am

Trustee is working up TFR

October 08, 2015, 10:22 am

Successor Trustee to review claims and prepare TFR

October 13, 2014, 04:18 pm

Investigation into possible asset regarding life insurance still being conducted.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-28565   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | BUTLER, RANDOLPH | Date Filed (f) or Converted (c): | 07/17/13 (f) |
| | | 341(a) Meeting Date: | 08/13/13 |
| | | Claims Bar Date: | 01/23/14 |

Hearing on Adversary Complaint to revoke debtor's discharge scheduled for March 28, 2014.

Payment of cash value of debtor's Mass Mutual Life Insurance Policy received and deposited.

Adversary case 14A 0089 dismissed.

Advised by accountant that there is no estate tax return needed.  Hearing on Employment of Attorney 4/25/14.

Initial Projected Date of Final Report (TFR): 06/01/15        Current Projected Date of Final Report (TFR): 02/28/16

/s/      GINA B. KROL

_____ Date: 08/26/16

GINA B. KROL

FORM 2   Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-28565 -DRC | |
| Case Name: | BUTLER, RANDOLPH | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******6501  Checking Account |

Taxpayer ID No: *******6541
For Period Ending: 08/26/16

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/10/14 | 5 | Bank of America | Payment for cash value of debtor's | 1129-000 | 13,243.91 | | 13,243.91 |
| | | | Mass Mutual Life Insurance Policy | | | | |
| 03/31/14 | | Green Bank | Bank Service Fee | 2600-000 | | 14.47 | 13,229.44 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 04/02/14 | 003001 | INTERNATIONAL SURETIES, LTD | Blanket bond #016026455  2/01/14 | 2300-000 | | 10.98 | 13,218.46 |
| | | 701 POYDRAS STREET | to 2/10/15 | | | | |
| | | SUITE 420 | 2300-000      $-10.98 | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 15.82 | 13,202.64 |
| 05/05/14 | | Transfer to Acct #*******0865 | Bank Funds Transfer | 9999-000 | | 13,202.64 | 0.00 |

| Account *******6501 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 1 | Deposits | 13,243.91 | | 1 | Checks | 10.98 |
| | 0 | Interest Postings | 0.00 | | 2 | Adjustments Out | 30.29 |
| | | | | | 1 | Transfers Out | 13,202.64 |
| | | Subtotal | $  13,243.91 | | | | |
| | | | | | | Total | $  13,243.91 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $  13,243.91 | | | | |

LFORM2T4   **UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 19.06a

FORM 2                                                                 Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                     Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 13-28565 -DRC | | | Trustee Name: | GINA B. KROL | |
| Case Name: | BUTLER, RANDOLPH | | | Bank Name: | ASSOCIATED BANK | |
| | | | | Account Number / CD #: | *******0865  Checking Account | |
| Taxpayer ID No: | *******6541 | | | | | |
| For Period Ending: | 08/26/16 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) |
| | | | | | | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 05/05/14 | | Transfer from Acct #*******6501 | Bank Funds Transfer | 9999-000 | 13,202.64 | 13,202.64 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 13,192.64 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.61 | 13,173.03 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.95 | 13,154.08 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.56 | 13,134.52 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.53 | 13,114.99 |
| 09/22/14 | 030001 | InnovaLaw PC | Attorney's Fees Per Court Order | 3210-000 | | 2,890.00 | 10,224.99 |
| | | 15020 Ravinia Place | | | | |
| | | Suite 29 | | | | |
| | | Orland Park, IL 60462 | | | | |
| 09/22/14 | 030002 | InnovaLaw PC | Attorney's Expenses Per Court Order | 3220-000 | | 52.18 | 10,172.81 |
| | | 15020 Ravinia Place | | | | |
| | | Suite 29 | | | | |
| | | Orland Park, IL 60462 | | | | |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.73 | 10,154.08 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.10 | 10,138.98 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.59 | 10,124.39 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.05 | 10,109.34 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.03 | 10,094.31 |
| 02/10/15 | 030003 | Adams Levine Surety Bond Agency | | 2300-000 | | 5.77 | 10,088.54 |
| | | 60 E. 42nd Street | | | | |
| | | Room 965 | | | | |
| | | New York, NY  10165 | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.55 | 10,074.99 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.98 | 10,060.01 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.47 | 10,045.54 |
| 02/18/16 | 030004 | ADAMS-LEVINE | Acct #10BSBGR6291 | 2300-000 | | 5.65 | 10,039.89 |
| | | 370 Lexington Avenue | | | | |
| | | Suite 1101 | | | | |
| | | New York, NY  10017 | | | | |

FORM 2                                                                                          Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

| Case No: | 13-28565  -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | BUTLER, RANDOLPH | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0865  Checking Account |
| Taxpayer ID No: | *******6541 | | | |
| For Period Ending: | 08/26/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/22/16 | 030005 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Final Distribution<br>Trustee's Fees | 2100-000 | | 1,074.39 | 8,965.50 |
| 07/22/16 | 030006 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | | | 1,007.76 | 7,957.74 |
| | | | Fees          1,000.00<br>Expenses          7.76 | 2100-000<br>2200-000 | | | |
| 07/22/16 | 030007 | CLERK OF THE US BANKRUPTCY COURT<br>219 S Dearborn<br>Chicago, IL  60604 | Final Distribution | 2700-000 | | 293.00 | 7,664.74 |
| 07/22/16 | 030008 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  430543025 | Final Distribution | 7100-000 | | 1,395.26 | 6,269.48 |
| 07/22/16 | 030009 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  980830788 | Final Distribution | 7100-000 | | 2,129.78 | 4,139.70 |
| 07/22/16 | 030010 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  193550701 | Final Distribution | 7100-000 | | 333.50 | 3,806.20 |
| 07/22/16 | 030011 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY  100879262 | Final Distribution | 7100-000 | | 2,934.80 | 871.40 |
| 07/22/16 | 030012 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262 | Final Distribution | 7100-000 | | 634.29 | 237.11 |

Page:   4

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:       13-28565  -DRC
Case Name:    BUTLER, RANDOLPH

Trustee Name:              GINA B. KROL
Bank Name:                 ASSOCIATED BANK
Account Number / CD #:     *******0865  Checking Account

Taxpayer ID No:   *******6541
For Period Ending:  08/26/16

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/22/16 | 030013 | New York, NY  100879262<br>Jefferson Capital Systems LLC<br>Purchased From Aspire Visa<br>Po Box 7999<br>Saint Cloud, MN  563029617 | Final Distribution | 7100-000 | | 237.11 | 0.00 |

| Account   *******0865 | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | | 0.00 | 13 | Checks | 12,993.49 |
| 0 | Deposits | | 0.00 | 13 | Adjustments Out | 209.15 |
| 0 | Interest Postings | | 0.00 | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 0.00 | | | |
| 0 | Adjustments In | | 0.00 | | Total | $  13,202.64 |
| 1 | Transfers In | | 13,202.64 | | | |
| | Total | $ | 13,202.64 | | | |

| Report Totals | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | | 0.00 | 14 | Checks | 13,004.47 |
| 1 | Deposits | | 13,243.91 | 15 | Adjustments Out | 239.44 |
| 0 | Interest Postings | | 0.00 | 1 | Transfers Out | 13,202.64 |
| | Subtotal | $ | 13,243.91 | | | |
| 0 | Adjustments In | | 0.00 | | Total | $  26,446.55 |
| 1 | Transfers In | | 13,202.64 | | | |
| | Total | $ | 26,446.55 | | Net Total Balance | $  0.00 |

/s/     GINA B. KROL

Trustee's Signature: _____   Date: 08/26/16

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-28565  -DRC |
| Case Name: | BUTLER, RANDOLPH |
| | |
| Taxpayer ID No: | *******6541 |
| For Period Ending: | 08/26/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0865  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | GINA B. KROL | | | | | |

Ver: 19.06a